**Order entered September 6, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00624-CR
### No. 05-16-00625-CR

**JAMAL DESMOND MCCLENTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-26246-I, F16-75306-I**

## ORDER

Appellant's August 30, 2016 motion seeking appointment of an "MHR lawyer" is before the Court. Our records show that on May 23, 2016, appellant was adjudicated guilty of aggravated robbery with a deadly weapon and found guilty of attempted theft of an automated teller machine containing less than $300,000. In both cases, punishment was assessed at ten years' imprisonment. Before the plea and adjudication hearing, appellant signed documents indicating he was waiving appointment of counsel. Nevertheless, the trial court determined that appellant was indigent and appointed Bethany Stephens as counsel for appellant. Stephens represented appellant during the plea and adjudication hearing.

On June 1, 2016, appellant filed a pro se notice of appeal. There is no indication in our records that counsel has been appointed to represent appellant on appeal. No docketing statement has been filed, and the reporter's record is overdue.

The Court **GRANTS** appellant's motion to the extent we **ORDER** the trial court to conduct a hearing to determine whether appellant remains indigent and would be entitled to the appointment of appellate counsel. In the event the trial court determines appellant is entitled to appointment of counsel, we **ORDER** the trial court to appoint counsel for appellant.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include the order appointing counsel or else written findings showing appellant is not entitled to counsel, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ADA BROWN
       JUSTICE